IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RALPH LISBY, As the Personal Representative of The Estate of ASHLYNN LISBY, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN HENDERSON, CITY OF INDIANAPOLIS, INDIANA DEPARTMENT OF TRANSPORTATION, and STATE OF INDIANA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Cause No.: 1:22-cv-10<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendants, City of Indianapolis and Jonathan Henderson, by counsel, pursuant to 28 U.S.C. §§ 1441(b) and 1446, hereby give notice of the removal of this action from Marion County Court, Marion County, Indiana to the United States District Court for the Southern District of Indiana, Indianapolis Division. Plaintiff recently amended his Complaint to include a federal action under 42 U.S.C. § 1983 against Jonathan Henderson. Thus, the jurisdiction of this Court has been invoked and Defendants seek removal.

1. This action was originally filed in the Marion County Court and assigned Cause Number 49D13-2008-CT-027956. A true and accurate copy of Plaintiff's Complaint for Damages is attached hereto as Exhibit A. A true and accurate copy of Plaintiff's Amended Complaint for Damages, which is now the operative Complaint, is attached hereto as Exhibit B. Within Plaintiff's Amended Complaint, under Count II, Plaintiff brings a claim under 42 U.S.C. § 1983 for a violation of Ashlynn Lisby's constitutional rights.

2. Defendants were served with the Amended Complaint for Damages and Summons as required by Indiana law on or about December 22, 2021.

3. This Notice of Removal is timely, having been filed within thirty (30) days after service of the Amended Complaint for Damages and Summons on Defendants, pursuant to 28 U.S.C. § 1446(b).

4. Attached hereto as Exhibit C are all pleadings, process, and orders of the State court that have been served upon Defendants in this action, as well as a copy of the State court's docket sheet.

5. The Complaint in this action alleges a violation of the Ashlynn Lisby's constitutional rights guaranteed by the United States Constitution. Therefore, this case may be properly removed, as it falls within the original jurisdiction of this Court because it involves issues arising under the Constitution or other laws of the United States. See: 28 U.S.C. §§ 1331, 1441(b) and 42 U.S.C. § 1983.

6. Plaintiff will be given written notice of this Notice of Removal, and a copy of this Notice of Removal will be filed with the Clerk of the Marion County Court pursuant to 28 U.S.C. § 1446(d).

7. All Defendants who have been served in this action consent to removal. Attached hereto as Exhibit D is Correspondence from Defense Counsel for INDOT which indicates Co-Defendants' consent.

Respectfully submitted,

/s/ Carol A. Dillon
Carol A. Dillon, #25549-49
*One of the Attorneys for Defendants*

Carol A. Dillon, #25549-49
Christopher Andrew Farrington, #34006-49
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana 46250-4365
(317) 567-2222
Fax:  (317) 567-2220
carol@bleekedilloncrandall.com
drew@bleekedilloncrandall.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system to the following:

All electronically ECF Registered Parties

/s/ Carol A. Dillon
Carol A. Dillon, #25549-49