IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARCUS LEWIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:21-cv-01186-SEB-DLP |
| | ) |
| JONATHAN HENDERSON, | ) |
| CITY OF INDIANAPOLIS, INDIANA | ) |
| | ) |
| Defendants. | ) |

**AND**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RALPH LISBY, As the Personal Representative of The Estate of ASHLYNN LISBY, Deceased, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:22-cv-00010-JMS-TAB |
| | ) |
| JONATHAN HENDERSON, CITY OF INDIANAPOLIS, INDIANA DEPARTMENT OF TRANSPORTATION, and STATE OF INDIANA, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION FOR CONSOLIDATION**

Defendants, Jonathan Henderson and City of Indianapolis, by counsel, having filed their Motion to Consolidate;

And the Court, having reviewed said Motion and being duly advised, hereby **GRANTS** said motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the *Lewis* and *Lisby* matters (Cause Numbers 1:21-cv-01186-SEB-DLP and 1:22-cv-00010-JMS-TAB respectively) are hereby consolidated into the case of *Marcus Lewis, et al. v. Jonathan Henderson, et al.*, United States Court Southern District of Indiana, Cause Number 1:21-cv-01186-SEB-DLP. Please use case no. 1:21-cv-01186-SEB-DLP on all future filings with this court.

**SO ORDERED** this __14th__ day of __February_____, 2022.

_____Sarah Evans Barker_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution to:**

All electronically ECF Registered Parties